* Please return me a complete copy of this & keep me informed — Thank you J.A.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____
(unsure how to properly fill out)

James Allen Culbertson )

(DOD: 01/20/1989) )
(SS# 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)
                                                )
_____
(Enter above the NAME of the
plaintiff in this action.)    )

   v.                         )

Sullivan County Sherriffs Dept, )
Ballad Health (Indian Path   )
Med. Ctr.), Kingsport Courts )
(Enter above the NAME of each
defendant in this action.)   )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to the previous lawsuit:

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Sullivan County Jail; Blountville, TN

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. (a) Out of fear from how I was assaulted/treated by parties involved on 12/3/18, as well as manner I was treated by them in courts. (b) I have spent since roughly 7/19 trying my best to get assistance from federal government

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: James Allen Culbertson

Present address: (formerly of) 1602 Manville Rd, Gate City, VA 24251
(currently in Sullivan Co. Custody)

Permanent home address: 1569 Fort Henry Drive Apt #6 Kingsport, TN 37664

Address of nearest relative: "the same as listed above at 1569"

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Sullivan County sheriffs Office

Official position: Law Enforcement, Ambulance drivers / Health care workers, Justice system const workers.

Place of employment: Various places within Sullivan Co. (possibly more)

C. Additional defendants: Ballad Health, Kingsport City Courts of Sullivan Co. TN., Indian Path Medical Center.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On December 3rd of 2018 at roughly 6-6:30pm, (problems such as stalking & harrassment had began roughly feb./march '18 but on this day they escalated very badly) I was at my

grandmothers apartment talking on facebook & more or less minding my own accord while doing so. A person I was speaking to a Mr. John Hammonds (possible alias) told me someone had left me something after they had passed in October of that year, as soon as this message came up on facebook there was instant crackling & feed back coming thru the speakers saying "I don't know what it is but I want it, go in & get him for anything" Strangely at the sametime my aunt who is my grandmothers roommate was behind me on the phone with I don't know saying "he found out about an inheratance come get him." Next thing I know there was deputies & ambulance drivers behind me out of nowhere & no reason (it is even evident as such on the police report from Dec. 3, 2018 as well) Only one officer I can identify is Sullivan Co. Deputy C. Cooper who assaulted me. The female officer there searched me ect. then told me to simply leave the apartment, I was going to do as such I was fully compliant. I was going to get my wallet/phone as soon as I did the female officer said "We're already here & you ain't leaving that easy even if I did say you could" she then punched me in the face for no reason at all & the other officer with her joined & they almost beat me to DEATH. After they had satisfied themselfs beating a non-combative & compliant innocent man they put me on a stretcher, almost dropped me from the top of the stairs laughing while they did as such & took me to Indian Path afterwards. They shot me with several strange chemicals while I was there & did CT's & Xrays. Another "cop" appeared & the whole time they was saying what do we even charge him with he didn't even do anything

4

*over*

what they did to me & charged me with can be found on the 12/3/18 police report. My court appointed public Defender Wesley Mink seen my papers well thiers & said "there is no reason why they even did this to you or why your in jail either I (Mr. Mink) am gonna go talk to the DA & get all these charges dropped." This was not the case sadly... He shortly returned to say "The DA said your innocent but she doesn't care, you'll sit in jail so long to prove your innocent, you'll wish you had done something to be here for." On Febuary, 12th 2019, out of hopelessness & fear I plead guilty to the charges against me, I also desportly wanted to be able to see the mother of my child & our daughter, they being the only thing that gave me hope during everything. I got out on March 1st 2019 to have no one & nothing & still was being "gang stalked" as they who was doing it had come to term it tauntingly to my face. I know things to do with almost every major incident that occured & brought law enforcement out in full force in northeast, TN that went on in 2018 including an AMBER ALERT for Elizabeth "Grace" Wells (roughly 3/28/18 it was issued). I strongly believe I was targeted for knowing to much & them considiring me a risk to them... I am & Have been in fear for my life since roughly July of 18 & have been trying to gain/seek federal advocacy/protection as fully as possible since roughly perhaps May of 2019 adamantly sending messages to TBI & locals plus the Media as well almost bi-weekly if not more since around September of 2019. I am in fear, I do feel victimized by these things to say threatend is an under statement, I have a multitude of info against these things & a good many people purpatrating them as well. I strongly believe large scale theft/extorsion/even human trafficking are & have been taking place. I want justice for what was done to me, I want to feel safe again & see my mother of child & our child. I want to make sure other people are alright & can safely be with & see thier families as well. I know I'm not the only victim but I have a lot of informat. that I can & want to give to help save any I can.

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

ASAP - To be placed in witness protection, (will gladly assist with all knowledge I have in the matters related) Recompensated for whats been done to me, to know the people I love & care about are safe from all these things, to help to ensure others are safe & justice is served as it need be as well. To help others & myself as well by ending these things & to be free & with my family.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of March, 16th, 20 20.

_____
Signature of plaintiff(s)
James Allen Culbertson