JAMES ALLEN CULBERTSON
SULLIVAN COUNTY JAIL
P O BOX 610
BLOUNTVILLE TN 37617

KNOXVILLE
TN 377
19 MAR 20
PM 2 L

NEOPOST
03/18/2020
US POSTAGE $000.65⁰

FIRST-CLASS MAIL

ZIP 37617
041M11454340

UNITED STATES DISTRICT COURT
220 WEST DEPOT ST SUITE 200
GREENEVILLE TN 37743